**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 31, 2025.**



_____

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 23-10759-smr** |
| | § | |
| **Adrienne Suzanne Altman,** | § | |
| | § | |
| Debtor. | § | **Chapter 7** |

| | | |
|---|---|---|
| **Adrienne Suzanne Altman,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Adv. Proc. No. 24-01007** |
| | § | |
| **U.S. Department of Education,** | § | |
| | § | |
| Defendant | § | |

## FINAL JUDGMENT

On March 31, 2025, the Court issued a *Memorandum Opinion Denying Student Loan Discharge* (the "Opinion"). In its Opinion, the Court denied the relief requested in Plaintiff Adrienne Suzanne Altman's (the "Plaintiff's") *Complaint* (the "Complaint" at ECF No. 1) and the Plaintiff's and U.S. Department of Education's (the "Department of Education's") *Stipulation and Joint Motion for Entry of Consent Judgment* (the "Stipulation" at ECF No. 19). For the reasons set forth in its Opinion, and

based on the evidence presented and application of controlling law, the Court finds that the following Final Judgment should be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure and Rule 7058 of the Federal Rules of Bankruptcy Procedure.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AND FINAL JUDGMENT IS RENDERED:**

1. That the relief requested in the Plaintiff's Complaint is DENIED.

2. That the relief requested in the Stipulation is DENIED.

3. That the Plaintiff's request for a student loan discharge is DENIED.

4. That the Court does not find undue hardship under 11 U.S.C. § 523(a)(8) in Plaintiff's case.

5. This is a Final Judgment and disposes of all claims, defenses, issues, and parties in this adversary proceeding.

# # #